1 Law Offices of Bill LaTour
2 Bill LaTour [SBN: 169758]
    11332 Mountain View Ave., Suite C
3     Loma Linda, California 92354
4     Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
5     E-Mail: Bill.latour@verizon.net
6
7 Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| HELEN KIRK, | ) | No.  EDCV 06-1432 MAN |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING |
| v. | ) | EAJA FEES |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND FOUR HUNDRED DOLLARS and 00/cents ($3,400.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED: January 28, 2009                       /s/

                                                HON. MARGARET A. NAGLE
                                          UNITED STATES MAGISTRATE JUDGE